1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  KIMBERLY A. BLISS, State Bar #207857
   DANIEL A. ZAHEER, State Bar #237118
4  Deputy City Attorney
   Fox Plaza
5  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3861 [Bliss]
   Telephone:    (415) 554-3822 [Zaheer]
7  Facsimile:    (415) 554-3837
   E-Mail:       kimberly.bliss@sfgov.org
8  E-Mail:       daniel.zaheer@sfgov.org

9  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
10 CALVIN CHOW AND RAYMOND LEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON S. HENRY,<br><br>   Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, NANCY MENDOZA, CITY & COUNTY OF SAN FRANCISCO, CALVIN CHOW, RAYMOND LEE, and DOE ONE through DOE TEN, inclusive,<br><br>   Defendants. | Case No. 09-CV-0628 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING MEDIATION DEADLINE AND SETTING CASE MANAGEMENT CONFERENCE**<br><br>Case Filed:   February 11, 2009<br>Trial Date:    Not Set |

On May 26, 2009, the Court referred the parties in this matter to mediation. Robert T. Fries was appointed as mediator, and a mediation session was scheduled for October 22, 2009. However, after reviewing the parties' mediation briefs Mr. Fries indicated that he believes that settlement discussions in this case will not be constructive until the Court resolves disputed issues of law, including the items raised in Bank of America's SLAPP motion and the issues to be raised in the City's anticipated motion for summary judgment. Accordingly, the mediator cancelled the mediation and directed the parties to communicate to the Court his recommendation that the mediation be postponed until after such issues are resolved.

In light of the mediator's recommendations, the parties hereby stipulate and request that the Court vacate the mediation deadline and set this matter for a case management conference.

Dated: December 3, 2009

SIEGEL & YEE

By: s/Jose Luis Fuentes
JOSE LUIS FUENTES

Attorneys for Plaintiff SHARON HENRY

Pursuant to General Order 45, §X.B., the filer of this document attests that she has received the concurrence of this signatory to file this document.

Dated: December 3, 2009

SEVERSON & WERSON

By: s/Andrew S. Elliot
ANDREW S. ELLIOT

Attorneys for Defendants BANK OF AMERICA CORPORATION AND NANCY MENDOZA

Pursuant to General Order 45, §X.B., the filer of this document attests that she has received the concurrence of this signatory to file this document.

Dated: December 3, 2009

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
KIMBERLY A. BLISS
DANIEL A. ZAHEER
Deputy City Attorneys

By: /s/ Daniel A. Zaheer
DANIEL A. ZAHEER

Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, CALVIN CHOW AND RAYMOND LEE

**ORDER**

Pursuant to the Stipulation above, and for good cause shown, the mediation deadline in this matter is VACATED. The parties shall appear for a case management conference on December 18, 2009 at 8:30 a.m.                    .

IT IS SO ORDERED.

DATE: _____

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer