**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON S. HENRY, | No. C 09-628 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| BANK OF AMERICA CORPORATION, | |
| Defendant. | |

This Court is in receipt of Plaintiff's motion to expand time to oppose Defendant's SLAPP motion. In light of Plaintiff's interest in obtaining two further depositions, it is hereby ORDERED that any deposition be taken at the latest by January 8. Plaintiff's opposition to Defendant Bank of America's anti-SLAPP motion will be due January 15, and any reply will be due January 22. The hearing currently scheduled for January 15 is hereby continued to January 29.

**IT IS SO ORDERED.**

Dated: December 23, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\628\Order Continuing Case.wpd