**\*\*E-filed 04/26/2010\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHARON S. HENRY, | No. C 09-0628 RS |
| Plaintiff, | |
| v. | **ORDER CONTINUING HEARING** |
| BANK OF AMERICA CORPORATION, et al., | |
| Defendants. | |

The hearing on Defendants' motion for attorney fees and costs is hereby continued to May 20, 2010 at 1:30 p.m. No later than May 6, 2010, defendants may file a supplemental reply brief addressing the substance of any arguments made for the first time in plaintiff's amended opposition filed on March 17, 2010. The motion to strike the amended opposition is denied.

IT IS SO ORDERED.

Dated: 04/26/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE