| | |
|---|---|
| 1 | DAN SIEGEL, SBN 56400 |
|   | JOSE LUIS FUENTES, SBN 192236 |
| 2 | SIEGEL & YEE |
|   | 499 14th Street, Suite 220 |
| 3 | Oakland, CA  94612 |
|   | Telephone: (510) 839-1200 |
| 4 | Telefax: (510) 444-6698 |
|   | *Attorneys for Plaintiff Sharon S. Henry* |
| 5 | |
|   | JAN T. CHILTON (State Bar No. 47582) |
| 6 | MARK JOSEPH KENNEY (State Bar No. 87345) |
|   | ANDREW S. ELLIOTT (State Bar No. 254757) |
| 7 | SEVERSON & WERSON |
|   | A Professional Corporation |
| 8 | One Embarcadero Center, Suite 2600 |
|   | San Francisco, CA  94111 |
| 9 | Telephone:  (415) 398-3344 |
|   | Facsimile:  (415) 956-0439 |
| 10 | *Attorneys for Defendants Bank of America, N.A. and Nancy Mendoza* |
| 11 | DENNIS J. HERRERA, State Bar #139669 (City Attorney) |
|   | JOANNE HOEPER, State Bar #114961 (Chief Trial Deputy) |
| 12 | KIMBERLY A. BLISS, State Bar #207857 (Deputy City Attorney) |
|   | Fox Plaza |
| 13 | 1390 Market Street, Sixth Floor |
|   | San Francisco, California 94102-5408 |
| 14 | Telephone: (415) 554-3861 |
|   | Facsimile: (415) 554-3837 |
| 15 | *Attorneys for Defendants City And County Of San Francisco,* |
|   | *Calvin Chow And Raymond Lee* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON S. HENRY, | Case No.: 3:09-cv-628 RS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SET/RESET HEARING AND CMC: MOTION HEARING AND CMC SET FOR 6/10/2010 01:30 PM IN COURTROOM 3, 17TH FLOOR, SAN FRANCISCO** |
| vs. | |
| BANK OF AMERICA CORPORATION; NANCY MENDOZA; CITY AND COUNTY OF SAN FRANCISCO; CALVIN CHOW; RAYMOND LEE, | |
| Defendants. | Judge:     Hon. Richard Seeborg |
| | Date:      June 10, 2010 |
| | Time:      1:30 p.m. |
| | Location:  United States Courthouse |
| |            Courtroom 3, 17th Floor |
| |            450 Golden Gate Ave. |
| |            San Francisco, CA 94102 |

1
2
3   Whereas, on February 12, 2010, BofA moved the Court to fix the amount of attorney's
4   fees and costs to which it is entitled as the prevailing defendant on a special motion to strike
5   under Code of Civil Procedure section 425.16(c).  Dkt. ##79-82.  BofA's motion was scheduled
6   to be heard by Judge Breyer on March 26, 2010.
7   Whereas, on March 7, 2010, Henry filed an opposition raising various objections to the
8   motion.  Dkt. ##84, 85.  BofA filed its reply on memorandum on March 12, 2010.  Dkt. #86.
9   Whereas, by Court Order dated March 18, 2010, this matter was reassigned to Judge
10   Seeborg.  Dkt. #89.
11   Whereas, on March 19, 2010, BofA re-noticed its motion to fix the amount of attorney's
12   fees and costs to which it is entitled as the prevailing defendant on a special motion to strike
13   under Code of Civil Procedure section 425.16(c).  Dkt. #90.
14   Whereas, BofA's re-noticed motion for attorney's fees was scheduled to be heard on April
15   29, 2010.
16   Whereas, CLERKS NOTICE Case Management Conference set for 4/29/2010 01:30 PM
17   in Courtroom 3, 17th Floor, San Francisco was issued.  Dkt. # 96.
18   Whereas, on April 26, 2010 Set/Reset Hearings Motion Hearing set for 5/20/2010 01:30
19   PM in Courtroom 3, 17th Floor, San Francisco was issued.
20   Whereas, plaintiff counsels cannot cover this hearing due to prior set court appearances on
21   this date and staff vacation.
22   Whereas, the plaintiff and defendants agree, with the Court's permission, to set/reset
23   hearing and CMC for June 10, 2010 at 01:30 PM.
24   Respectfully submitted,
25
26
27
28

| | | |
|---|---|---|
| 1 | DATED: May 10, 2010 | SIEGEL & YEE |
| 3 | | By:    */s/ Jose Luis Fuentes* |
| | |       JOSE LUIS FUENTES |
| 5 | | Attorneys for Plaintiff<br>Sharon Henry |
| 7 | DATED: May 10, 2010 | SEVERSON & WERSON<br>A Professional Corporation |
| 10 | | By:    */s/ Andrew S. Elliott*<br>      ANDREW S. ELLIOTT |
| 11 | | Attorneys for Defendants<br>Bank of America, N.A. and Nancy Mendoza |
| 13 | DATED: May 10, 2010 | DENNIS J. HERRERA, CITY ATTORNEY |
| 15 | | By:    */s/ Kimberly A. Bliss*<br>      KIMBERLY A. BLISS |
| 17 | | Attorneys for Defendants<br>City And County Of San Francisco,<br>Calvin Chow And Raymond Lee |

## ORDER

After considering the proposed stipulation regarding set/reset hearing and CMC and there being good cause, the Court Set/Reset Hearing and CMC for 6/10/2010 01:30 PM in Courtroom 3, 17th Floor, San Francisco.

IT IS SO ORDERED.

Dated: 5/10/10

      Honorable RICHARD SEEBORG
      Judge, United States District Court