*E-Filed 6/25/10*

1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3 | KIMBERLY A. BLISS, State Bar #207857
Deputy City Attorney
4 | Fox Plaza
1390 Market Street, Sixth Floor
5 | San Francisco, California 94102-5408
Telephone:     (415) 554-3861
6 | Facsimile:     (415) 554-3837
E-Mail:        kimberly.bliss@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
CALVIN CHOW AND RAYMOND LEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SHARON S. HENRY, | Case No. 09-CV-0628 RS |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER SETTING CASE MANAGEMENT SCHEDULE AS MODIFIED BY THE COURT** |
| vs. | |
| BANK OF AMERICA CORPORATION, NANCY MENDOZA, CITY &COUNTY OF SAN FRANCISCO, CALVIN CHOW, RAYMOND LEE, and DOE ONE through DOE TEN, inclusive, | Case Filed:      February 11, 2009<br>Trial Date:       Not Set |
| Defendants. | |

STIP & [PROPOSED] ORDER RE: CASE                1                n:\lit\li2009\090789\00636069.doc
MANAGEMENT SCHEDULE
USDC CASE NO.: 09-CV-0628 CRB

On June 10, 2010, the Court ordered the parties to meet and confer and to submit a proposed Case Management Order. As mentioned in the parties' prior Joint Case Management Conference Statement (Doc. No. 93, filed April 4, 2010), Judge Breyer stayed *Monell* discovery in this action until there is a determination of whether or not the individual Officer defendants committed a constitutional violation. Accordingly, the parties have agreed on a schedule that allows for discovery, summary judgment and trial on the underlying constitutional claims and state tort claims against the City defendants, as well as the negligence claim against the Bank, first.[1] *Monell* discovery and trial would follow only if necessary.[2]

This schedule also partially accommodates the anticipated maternity leave of the City's counsel, Ms. Bliss, from mid-December 2010 through May 14, 2011, by setting the dispositive motion hearing before her leave, and the discovery cut-off, pretrial briefing, pretrial conference and the trial date for after her return from leave. Another attorney from the office will cover the mediation and expert discovery in her absence in order to keep the case moving. The gap between the discovery cut-off and the pretrial filings also accommodates Plaintiff's counsel's July 2011 trial schedule. Accordingly, the parties' proposed schedule is as follows:

| | |
|---|---|
| Dispositive Motion Hearing Date: | December 9, 2010 |
| Mediation Deadline: | February 19, 2011 |
| Expert Witness designation and reports (per Rule 26(a)(2)): | |
|    Initial: | April 21, 2011 |
|    Rebuttal: | May 12, 2011 |
| Discovery cut-off (fact and expert, non-*Monell*): | June 9, 2011 |
| Pretrial filings due (pursuant to the Court's standing order): | August 15, 2011 |

---

[1] *See, e.g., Quintanilla v. City of Downey,* 84 F.3d 353, 356 (9th Cir. 1996) ("The district court, under Fed. R. Civ. P. 42(b), in the interest not only of convenience and judicial economy but also the avoidance of potential prejudice and confusion, bifurcated the trial of the individual police officers from the Chief and city."); *Wilkins v. City of Oakland*, 2006 WL 305972, *1-2 (N.D. Cal. 2006) (bifurcating *Monell* for purposes of trial).

[2] In the event the Court (on summary judgment) or the jury (at trial) holds that the underlying officers did not violate Plaintiff's constitutional rights, the *Monell* claims would also fail without the need for further discovery or proceedings against the City defendants. *Long v. City and County of Honolulu*, 511 F.3d 901, 907 (9th Cir. 2007).

STIP & [PROPOSED] ORDER RE: CASE MANAGEMENT SCHEDULE
USDC CASE NO.: 09-CV-0628 CRB
2
n:\lit\li2009\090789\00636069.doc

| | | |
|---|---|---|
| 1 | Pretrial Conference: | August 25, 2011 at 10:00 a.m. |
| 2 | Trial date: | September 5, 2011 at 9:00 a.m. |

3    SO STIPULATED:

4    Dated: June 25, 2010

SIEGEL & YEE

By:  s/Jose Luis Fuentes
     JOSE LUIS FUENTES

Attorneys for Plaintiff SHARON HENRY

Pursuant to General Order 45, §X.B., the filer of this document attests that she has received the concurrence of this signatory to file this document.

Dated: June 25, 2010

SEVERSON & WERSON

By:  s/Andrew S. Elliot
     ANDREW S. ELLIOT

Attorneys for Defendants BANK OF AMERICA CORPORATION AND NANCY MENDOZA

Pursuant to General Order 45, §X.B., the filer of this document attests that she has received the concurrence of this signatory to file this document.

Dated: June 25, 2010

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
KIMBERLY A. BLISS
Deputy City Attorneys


By: /s/ Kimberly A. Bliss
    KIMBERLY A. BLISS

Attorneys for Defendants CITY AND COUNTY OF SAN FRANCISCO, CALVIN CHOW AND RAYMOND LEE

STIP & [PROPOSED] ORDER RE: CASE MANAGEMENT SCHEDULE
USDC CASE NO.: 09-CV-0628 CRB

3

n:\lit\li2009\090789\00636069.doc

**ORDER**

Pursuant to the Stipulation above, and for good cause shown, the Court sets the following Case Management Schedule:

| | |
|---|---|
| Dispositive Motion Hearing Date: | December 9, 2010 |
| Mediation Deadline: | February 19, 2011 |
| Expert Witness designation and reports (per Rule 26(a)(2)): | |
| Initial: | April 21, 2011 |
| Rebuttal: | May 12, 2011 |
| Discovery cut-off (fact and expert, non-*Monell*): | June 9, 2011 |
| Pretrial filings due (pursuant to the Court's standing order): | August 15, 2011 |
| Pretrial Conference: | August 25, 2011 at 10:00 a.m. |
| Trial date: | September ~~5~~ 6, 2011 at 9:00 a.m. |

DATE:   6/25/10

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE