*E-Filed 10/13/10*

1  DAN SIEGEL, SBN 56400
   JOSE LUIS FUENTES, SBN 192236
2  SIEGEL & YEE
   499 14th Street, Suite 220
3  Oakland, CA 94612
   Telephone: (510) 839-1200
4  Telefax: (510) 444-6698
   *Attorneys for Plaintiff Sharon S. Henry*
5
   JAN T. CHILTON (State Bar No. 47582)
6  MARK JOSEPH KENNEY (State Bar No. 87345)
   ANDREW S. ELLIOTT (State Bar No. 254757)
7  SEVERSON & WERSON
   A Professional Corporation
8  One Embarcadero Center, Suite 2600
   San Francisco, CA 94111
9  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
10 *Attorneys for Defendants Bank of America, N.A. and Nancy Mendoza*

11 DENNIS J. HERRERA, State Bar #139669 (City Attorney)
   JOANNE HOEPER, State Bar #114961 (Chief Trial Deputy)
12 KIMBERLY A. BLISS, State Bar #207857 (Deputy City Attorney)
   Fox Plaza
13 1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
14 Telephone: (415) 554-3861
   Facsimile: (415) 554-3837
15 *Attorneys for Defendants City And County Of San Francisco,
   Calvin Chow And Raymond Lee*
16

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19 SHARON S. HENRY,                          | Case No.: 3:09-cv-628 RS

20        Plaintiff,                         | **STIPULATION AND [PROPOSED]
                                             | ORDER MODIFYING CASE
21    vs.                                    | MANAGEMENT ORDER, DOCKET
                                             | 110**
22 BANK OF AMERICA CORPORATION;
   NANCY MENDOZA; CITY AND COUNTY
23 OF SAN FRANCISCO; CALVIN CHOW;            | Judge:    Hon. Richard Seeborg
   RAYMOND LEE,
24                                           | Location: United States Courthouse
          Defendants.                        |           Courtroom 3, 17th Floor
25                                           |           450 Golden Gate Ave.
                                             |           San Francisco, CA 94102
26

27

28

Stipulation and [Proposed] Order Modifying  Dkt. 110
Case No.:  3:09-cv-628

1 | Whereas, on June 25, 2010, the Court approved the parties stipulated case management
2 | order as modified by the Court.  Dkt. 110.
3 | Whereas, the dispositive motion hearing date is December 9, 2010.  Dkt. 110.
4 | Whereas the deadline to file dispositive motion is November 4, 2010.
5 | Whereas, the parties agree, with the Court's permission, to reset the dispositive motion
6 | hearing date to February 17, 2011 to allow the parties to conduct further discovery.
7 | Whereas, the parties agree, with the Court's permission, to reset the mediation deadline to
8 | March 31, 2011 to allow the parties the benefit of a decision on any dispositive motion.
9 | Whereas the remaining dates on the case management order will remain the same, the
10 | parties request the Court's permission to modify as stated above the case management order (Dkt.
11 | 110).

Respectfully submitted,

DATED:  October 12, 2010                        SIEGEL & YEE

                                                By:       */s/ Jose Luis Fuentes*
                                                        JOSE LUIS FUENTES
                                                Attorneys for Plaintiff
                                                        Sharon Henry

DATED:  October 12, 2010                        SEVERSON & WERSON
                                                A Professional Corporation

                                                By:       */s/ Andrew S. Elliott*
                                                        ANDREW S. ELLIOTT
                                                Attorneys for Defendants
                                                Bank of America, N.A. and Nancy Mendoza

DATED:  October 12, 2010                        DENNIS J. HERRERA, CITY ATTORNEY

                                                By:       */s/ Kimberly A. Bliss*
                                                        KIMBERLY A. BLISS
                                                Attorneys for Defendants
                                                City And County Of San Francisco,
                                                Calvin Chow And Raymond Lee

- 3 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

After considering the proposed stipulation regarding modifying the case management order (Dkt. 110) and there being good cause, the Court modifies the dates as reflected above.

IT IS SO ORDERED.

Dated:   10/13/10

_____
Honorable RICHARD SEEBURG
Judge, United States District Court