DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
KIMBERLY A. BLISS, State Bar #207857
DONALD P. MARGOLIS, State Bar #116588
LEILA K. MONGAN, State Bar #271287
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3853
Facsimile:      (415) 554-3837
E-Mail:          don.margolis@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
CALVIN CHOW AND RAYMOND LEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON S. HENRY,<br><br>     Plaintiffs,<br><br>     vs.<br><br>BANK OF AMERICA CORPORATION, NANCY MENDOZA, CITY &COUNTY OF SAN FRANCISCO, CALVIN CHOW, RAYMOND LEE, and DOE ONE through DOE TEN, inclusive,<br><br>     Defendants. | Case No. 09-CV-0628 RS<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CASE MANAGEMENT SCHEDULE**<br><br>Case Filed:     February 11, 2009<br>Trial Date:     September 5, 2011 |

STIP & [PROPOSED] ORDER MODIFYING CASE
MANAGEMENT SCHEDULE
USDC CASE NO.: 09-CV-0628 RS

1

n:\lit\li2009\090789\00675479.doc

**STIPULATION**

A.   On the parties' stipulation, on June 25, 2010 this Court set the case management schedule.  Dkt 110.

B.   Again on the parties' stipulation, on October 12, 2010 this Court modified the case management schedule, resetting the hearing date for dispositive motions from December 9, 2010 to February 17, 2011.  Dkt 112.

C.   On January 13, 2011, defendants City and County of San Francisco, Officers Calvin Chow and Raymond Lee, and Bank of America filed summary judgment motions, for hearing on February 17, 2011.  Dkts 115-120.

D.   To accommodate various counsel's vacation plans and other scheduling conflicts, the parties have agreed, subject to the Court's approval, to continue the dispositive motion hearing date, and related dates, as follows:

| Event | Current Date/Deadline | Proposed Date/Deadline |
| --- | --- | --- |
| Hearing of summary judgment motions | February 17, 2011 | March 10, 2011 |
| Mediation deadline | March 31, 2011 | April 26, 2011 |
| Expert witness initial designation and Rule 26 reports | April 21, 2011 | May 5, 2011 |
| Expert rebuttal witness designation and Rule 26 reports | May 12, 2011 | May 26, 2011 |
| Discovery cut-off (fact and expert discovery; non-*Monell*) | June 9, 2011 | June 25, 2011 |

STIP & [PROPOSED] ORDER MODIFYING CASE MANAGEMENT SCHEDULE
USDC CASE NO.: 09-CV-0628 RS

2

n:\lit\li2009\090789\00675479.doc

1       E.      The currently set dates for pretrial filings, the pretrial conference, and the trial shall
2  remain unchanged.
3       **SO STIPULATED:**
4  Dated:  January 21, 2011                        SIEGEL & YEE

                                                  By:  s/Jose Luis Fuentes
                                                      JOSE LUIS FUENTES
                                                      Attorneys for Plaintiff SHARON HENRY

                                                  Pursuant to General Order 45, §X.B., the filer of this
                                                  document attests that he has received the concurrence of
                                                  this signatory to file this document.

   Dated:  January 21, 2011                        SEVERSON & WERSON

                                                  By:  s/Andrew S. Elliott
                                                      ANDREW S. ELLIOTT
                                                      Attorneys for Defendants BANK OF AMERICA
                                                      CORPORATION AND NANCY MENDOZA

                                                  Pursuant to General Order 45, §X.B., the filer of this
                                                  document attests that he has received the concurrence of
                                                  this signatory to file this document.

   Dated:  January 21, 2011                        DENNIS J. HERRERA
                                                  City Attorney
                                                  JOANNE HOEPER
                                                  Chief Trial Deputy
                                                  DONALD P. MARGOLIS
                                                  Deputy City Attorney

                                                  By: /s/ Donald P. Margolis
                                                      DONALD P. MARGOLIS
                                                      Attorneys for Defendants CITY AND COUNTY OF
                                                      SAN FRANCISCO, CALVIN CHOW AND
                                                      RAYMOND LEE

**ORDER**

Pursuant to the Stipulation above, and for good cause shown, the Court modifies the case management schedule as agreed by the parties in the foregoing stipulation.

DATE:  1/24/11

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE