JAN T. CHILTON (State Bar No. 47582)
MARK JOSEPH KENNEY (State Bar No. 87345)
ANDREW S. ELLIOTT (State Bar No. 254757)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439
*Attorneys for Defendants Bank of America, N.A. and Nancy Mendoza*

DENNIS J. HERRERA, State Bar #139669
JOANNE HOEPER, State Bar #114961
DONALD P. MARGOLIS, State Bar #116588
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3861
Facsimile: (415) 554-3837
*Attorneys for Defendants City And County Of San Francisco,
Calvin Chow And Raymond Lee*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON S. HENRY,<br><br>       Plaintiff,<br><br>   vs.<br><br>BANK OF AMERICA CORPORATION; NANCY MENDOZA; CITY AND COUNTY OF SAN FRANCISCO; CALVIN CHOW; RAYMOND LEE,<br><br>       Defendants. | Case No.: 3:09-cv-628 RS<br><br>**[Proposed] ORDER GRANTING DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO CONTINUE MEDIATION AND DISCOVERY DEADLINES**<br><br>Judge:   Hon. Richard Seeborg<br>            United States Courthouse<br>            Courtroom 3, 17th Floor<br>            450 Golden Gate Ave.<br>            San Francisco, CA 94102 |

Pursuant to the administrative motion of Defendants, and for good cause shown, the Court orders that April 26, 2011 mediation deadline is continued to May 26, 2011.  The Court further orders that the deadlines set forth in the Stipulation and Order Modifying Case Management Schedule (Dkt. No. 122) are continued as follows:

10597/0190/912434.1

[Proposed] Order
Case No.:  3:09-cv-628

| Event | Old Date | New Date |
|---|---|---|
| Expert Witness Initial Designation and Rule 26 Reports | May 5, 2011 | June 6, 2011 |
| Expert Rebuttal Witness Designation and Rule 26 Reports | May 26, 2011 | June 27, 2011 |
| Discovery Cut-Off (fact and expert discovery; non-*Monell*) | June 25, 2011 | July 25, 2011 |

The currently set dates for pretrial filings, the pretrial conference, and the trial shall remain unchanged:

| Event | Date |
|---|---|
| Pre-Trial Filings (pursuant to the Court's standing order): | August 15, 2011 |
| Pretrial Conference | August 25, 2011 at 10:00 a.m. |
| Trial date: | September 6, 2011 at 9:00 a.m. |

DATED: 5/2/11 _____

By: _____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT
JUDGE, NORTHERN CALIFORNIA

- 2 -